# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140579 & (54)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

HOUSAM J. BAYDOUN,
          Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140579
COA: 281972
Wayne CC: 07-003296-FC

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the January 12, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

0621

Clerk